37 So.2d 533

## WILLIAMS v. CITY OF MOBILE.
### I Div. 579.

Court of Appeals of Alabama.
Nov. 16, 1948.

———◆———

D. R. Coley, Jr., of Mobile, for appellant.

Harry Seale, of Mobile, for appellee.

CARR, Judge.

This is an appeal from a judgment of conviction in the court below rendered on a charge for violating an ordinance of the City of Mobile.

There are no assignments of error in the record. It follows that the judgment below must be affirmed. Morrow v. Town of Bear Creek, 24 Ala.App. 223, 133 So. 63; Gentle v. City of Huntsville, 26 Ala. App. 374, 160 So. 273; Jackson v. City of Mobile, 33 Ala.App. 95, 30 So.2d 40.

Affirmed.